**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
GUOXIN SHAO,

              Plaintiff,

              -against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

              Defendants.
------------------------------------------------------------x

22-CV-6554 (VEC) (OTW)

**ORDER**

      **ONA T. WANG**, **United States Magistrate Judge**:

      The in-person Initial Case Management Conference scheduled for September 20, 2022 at 12:30 p.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007 will proceed as scheduled. The Defendant's motion to adjourn is **DENIED**.

      Counsel for Defendant is directed to meet and confer with Plaintiff. If parties wish to convert the September 20, 2022 conference to a telephonic proceeding, they must file a joint request before the conference.

      Plaintiff is directed to file a letter informing the Court on if he is appearing *pro se* or if counsel will be appearing for the Initial Case Management Conference on September 20, 2022.

Counsel for Defendant is directed to serve this order on Plaintiff and on Morris/Mouren Wu, and to file proof of service on the docket.

The clerk of court is respectfully directed to close ECF 12.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: September 16, 2022<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |