UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GUOXIN SHAO,

            Plaintiff,

           -against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

           Defendants.
------------------------------------------------------------x

22-CV-6554 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person Initial Case Management Conference on September 20, 2022. (ECF 10). Defendant's anticipated motion to dismiss is due **October 21, 2022**. Plaintiff's opposition is due **November 18, 2022**. Defendant's reply is due **December 2, 2022**.

Defendant is directed to order a copy of the September 20, 2022, transcript, serve the transcript and this order on Plaintiff, and file proof of service on the docket.

**SO ORDERED.**

Dated: September 22, 2022
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge