UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GUOXIN SHAO,

                Plaintiff,

                -against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                Defendant.
------------------------------------------------------------x

22-CV-6554 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

*Pro se* Plaintiff's "motion for Translator's Appearance" is **DENIED as premature** as there are no conferences scheduled in this matter at the moment. Plaintiff is reminded that he may respond to the Court's Order to Show Cause by filing an opposition to Defendant's motion to dismiss by **April 21, 2023**. (ECF 30).

The Clerk of Court is respectfully directed to close ECF 32 and to serve a copy of this order on Plaintiff.

       **SO ORDERED.**

Dated: March 15, 2023
       New York, New York

                                            *s/ Ona T. Wang*
                                            **Ona T. Wang**
                                            United States Magistrate Judge